EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



*2050325*

Index no : 12 CIV 7161 (RWS) (DCF)
Date of Purchase: **10/11/2012**
Office No:

| Plaintiff: | **KELLY SCHOMBURG** |
|---|---|
| Defendant: | **NYC POLICE DEPARTMENT DEPUTY INSPECTOR ANTHONY BOLOGNA ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**TRAVICK STEWART**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **10/12/2012** at **10:25 AM**, I served the within **AMENDED SUMMONS & AMENDED COMPLAINT; JURY DEMAND** on **OFFICER ARETHA BLISSETT-SMITH SHIELD # 07457** at **233 WEST 10TH STREET, C/O 6TH PRECINCT, NEW YORK, NY 10014** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **PAA CAROLINE NOVINS, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 43 | 5"3" | 150 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **PAA CAROLINE NOVINS** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **10/12/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **233 WEST 10TH STREET, C/O 6TH PRECINCT, NEW YORK, NY 10014**. That address being the **actual place of business of the Defendant**. Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
10/15/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
TRAVICK STEWART
License#: 1417667
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: ASHWINEE

