```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

KELLY SCHOMBURG,

                    Plaintiff,
                                               12 Civ. 7161 (RWS)
     - against -
                                               O R D E R

DEPUTY INSEPCTOR ANTHONY BOLOGNA,
ET AL.,

                    Defendants.

------------------------------------------X
```

**Sweet, D.J.**

Plaintiff's motion to compel will be heard at noon on Wednesday, ~~January 22~~ December 11, 2013, in courtroom 18C.  All papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**November 21, 2013**

ROBERT W. SWEET
U.S.D.J.